Case 1:21-cr-00706-RMB   Document 1   Filed 09/14/21   Page 1 of 4 PageID: 1

JMR/2017R00708

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 21-00706-001 (RMB) |
| v. | : | |
| EDWARD STRANQUIST | : | 26 U.S.C. § 7206(1) |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the Acting United States Attorney for District of New Jersey charges:

<u>The Defendant and Other Entities or Organizations</u>

1. At all times relevant to this Information:

   a. Defendant EDWARD STRANQUIST was a resident of Moorestown, New Jersey. Defendant STRANQUIST was the business manager for several dental practices in southern New Jersey. Additionally, defendant STRANQUIST owned and managed several rental properties in southern New Jersey.

   b. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury, responsible for administering and enforcing the tax laws of the United States, and collecting the taxes that were due and owing to the Treasury of the United States by its citizens and businesses.

1

   c. A U.S. Individual Income Tax Return ("Form 1040") was the form filed by a taxpayer and used by the IRS to assess liability for personal income tax and eligibility for refunds.

  2. For tax years 2014, 2015 and 2016, defendant EDWARD STRANQUIST filed Forms 1040 for himself and his wife. The Forms 1040 were electronically signed by defendant STRANQUIST and contained written declarations that they were signed under the penalties of perjury.

  3. The personal U.S. Individual Income Tax Returns filed by defendant EDWARD STRANQUIST were not true and correct as to every material matter in that for the returns for tax years 2014, 2015 and 2016, defendant STRANQUIST:

   a. filed false income tax returns that omitted income from his employment as the business manager for several dental practices in southern New Jersey; and

   b. filed false Schedule C (Profit or Loss from Business (Sole Proprietorship)) which failed to report additional income defendant STRANQUIST deposited into his business bank account.

  4. The personal income tax returns, Forms 1040, for tax years 2014, 2015 and 2016 were not true and correct as to every material matter in that the returns did not include approximately $128,245 in taxable income which defendant EDWARD STRANQUIST received from his employment. By failing to report this income, defendant STRANQUIST failed to pay approximately $41,525 in additional federal income taxes to the United States.

5. On or about October 3, 2016, in Burlington County, in the District of New Jersey and elsewhere, defendant

EDWARD STRANQUIST

did knowingly and willfully make and subscribe a Form 1040, U.S. Individual Income Tax Return, which was verified by a written declaration by defendant EDWARD STRANQUIST that it was made under penalties of perjury, and which return the defendant did not believe to be true and correct as to every material matter, specifically, Line 37, adjusted gross income, which falsity caused a loss to the United States.

In violation of Title 26, United States Code, Section 7206(1).

RACHAEL A. HONIG
Acting United States Attorney

CASE NUMBER: 21-

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

EDWARD STRANQUIST

INFORMATION FOR

26 U.S.C. § 7206(1)

RACHAEL A. HONIG
ACTING U.S. ATTORNEY, NEWARK, NEW JERSEY

JASON M. RICHARDSON
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
(856) 757-5026

USA-48AD8
(Ed. 1/97)